### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| DIANE DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-01082-JES-JEH |
| | ) | |
| v. | ) | |
| | ) | |
| ILLINOIS STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant the Board of Trustees of Illinois State University ("Defendant" or "University"), which was incorrectly named as Illinois State University, by its undersigned attorneys Monica H. Khetarpal and Nicholas A. Simpson of Jackson Lewis, P.C., hereby moves to dismiss Plaintiff Diane Dean's ("Plaintiff") Complaint.  In support of its motion to dismiss, Defendant incorporates by reference its Memorandum in Support of Its Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), which is being filed contemporaneously with this Motion.

DATED:  August 22, 2022

THE BOARD OF TRUSTEES OF
ILLINOIS STATE UNIVERSITY

By: /s/ Monica H. Khetarpal
    One of Its Attorneys

Monica H. Khetarpal
Nicholas A. Simpson
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tele:  (312) 787-4949
Monica.Khetarpal@jacksonlewis.com
Nicholas.Simpson@jacksonlewis.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 22, 2022, she caused a true and correct copy of the foregoing *Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)* to be filed through the CM/ECF District Court filing system and served upon all attorneys of record.

/s/ *Monica H. Khetarpal*
One of Its Attorneys