**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| DIANE DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-01082-JES-JEH |
| | ) | |
| v. | ) | Judge James E. Shadid |
| | ) | |
| ILLINOIS STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR THE ENTRY OF AN AGREED CONFIDENTIALITY ORDER**

Defendant The Board of Trustees of Illinois State University (which was incorrectly named as Illinois State University), by and through its undersigned attorneys Monica H. Khetarpal and Nicholas A. Simpson of Jackson Lewis, P.C., move the Court to enter the proposed Agreed Confidentiality Order to which the parties have stipulated. In support of this motion, Defendant states as follows:

1. Defendant's counsel conferred with Plaintiff Diane Dean's counsel regarding the entry of the proposed Agreed Confidentiality Order.

2. The parties have stipulated to the entry of the proposed Agreed Confidentiality Order.

3. Defendant requests that the Court grant this motion and enter the Agreed Confidentiality Order only for proper purposes.

4. The proposed Agreed Confidentiality Order is attached as Exhibit A.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and enter the Agreed Confidentiality Order.

Dated: October 5, 2023

**DEFENDANT THE BOARD OF TRUSTEES OF ILLINOIS STATE UNIVERSITY**

By: */s/ Monica H. Khetarpal*
    Monica H. Khetarpal

JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tele: (312) 787-4949
Fax: (312) 787-4995
Monica.Khetarpal@jacksonlewis.com
Nicholas.Simpson@jacksonlewis.com

Respectfully submitted,

**PLAINTIFF DIANE DEAN**

By: */s/ John A. Baker*
    John A. Baker

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701
Tele: (217) 522-3445
Fax: (217) 522-8234
jab@bbklegal.com

**CERTIFICATE OF SERVICE**

    I, Monica H. Khetarpal, an attorney, hereby certify that on October 5, 2023, I electronically filed a copy of the foregoing *Agreed Motion for the Entry of An Agreed Confidentiality Order* to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

                                          /s/ *Monica H. Khetarpal*
                                          One of Defendant's Attorneys